**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:25-cr-20443-TLP** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GILDARDO GUILLEN-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS CRIMINAL COMPLAINT**

---

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Lauren J. Delery, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the criminal complaint in the above-styled case.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

/s/ *Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231

**CERTIFICATE OF SERVICE**

I, Lauren J. Delery, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing motion has been filed via the District Court's electronic case filing system.

This 17th day of April, 2025.

/s/ *Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231